**Order entered April 14, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00932-CR

**NATHAN HAYWOOD STRONG, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F17-55421-I**

### ORDER

Before the Court is appellant's April 12, 2021 second motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due by May 14, 2021.

/s/    DENNISE GARCIA
       JUSTICE